**STATE v. MILLS**

[356 N.C. 158 (2002)]

STATE OF NORTH CAROLINA          )
                                 )
              v.                 )     ORDER
                                 )
ANTHONY LASHAUN MILLS            )

No. 110P02

This case is remanded to the North Carolina Court of Appeals for the limited purpose for reconsideration in light of *State v. Hearst*, 356 N.C. 132, —— S.E.2nd —— (2002).

By order of the Court in Conference, this 15th day of August 2002.

Edmunds, J.
For the Court